UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEAN EDMONDSON AND ) | |
| JACQUELYN STEPHENS, et al., ) | |
| ) | |
| ) | NO. 3:12-1136 |
| v. ) | JUDGE SHARP |
| ) | |
| DOJI, INC., et al., ) | |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Docket No. 60) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE